FILED U.S. DC
DEC 11 2009
S.D. OF N.Y.

Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

Southern District of New York

United States of America v.

FREDERIC BOURKE, JR.

Docket No.: 05 Cr. 518 (SAS)

Hon. SHIRA A. SCHEINDLIN
(District Court Judge)

Notice is hereby given that THE UNITED STATES OF AMERICA appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [ ] _____ (specify)

entered in this action on NOVEMBER 13, 2009 (date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [✓]    Conviction and Sentence [ ]

Date DECEMBER 10, 2009

TO HAROLD A. HADDON, ESQ.
150 EAST 10TH AVENUE
DENVER, COLORADO 80203
(303) 831-7364

ADD ADDITIONAL PAGE (IF NECESSARY)

HARRY A. CHERNOFF
(Counsel for Appellant)

Address  Office of the United States Attorney
1 Saint Andrew's Plaza
New York, NY 10007

Telephone Number: (212) 637-2481

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[ ] I am ordering a transcript
[✓] I am not ordering a transcript
Reason
 [✓] Daily copy is available
 [ ] U.S. Attorney has placed order
 [ ] Other. Attach explanation

Prepare transcript of                                   Dates
[ ] Prepare proceedings _____
[ ] Trial _____
[ ] Sentencing _____
[ ] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment  [ ], Funds [ ]       CJA Form 24 [ ]

ATTORNEY'S SIGNATURE _____    DATE December 11, 2009

▶ COURT REPORTER ACKNOWLEDGMENT     To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05