| | |
|---|---|
| HADDON MORGAN MUELLER JORDAN MACKEY & FOREMAN P.C.<br>Harold A. Haddon (HH-3929)<br>  (admitted *pro hac vice*)<br>Saskia A. Jordan (SJ-8927)<br>  (admitted *pro hac vice*)<br>150 E. 10th Avenue<br>Denver, CO 80203<br>Tel:  303-831-7364<br>Fax: 303-832-3628 | LAW OFFICE OF JOHN D. CLINE<br>John D. Cline (JC-7132)<br>  (admitted *pro hac vice*)<br>K.C. Maxwell (KM-8102)<br>  (admitted *pro hac vice*)<br>JONES DAY LLP<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>Tel:  415-626-3939<br>Fax: 415-875-5700 |

WINSTON & STRAWN LLP
J. David Reich (JR-8323)
Christopher J. Paolella (CP-3061)
200 Park Avenue
New York, NY 10166
Tel: 212-294-6700
Fax: 212-294-4700

*Attorneys for Defendant*
*Frederic Bourke, Jr.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
     - against -                                                  :
                                                                  :   05 Crim. 518 (SAS)
                                                                  :
VIKTOR KOZENY and                                                 :
FREDERIC BOURKE, JR.,                                             :
                                                                  :
                    Defendants                                    :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**COUNSEL CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT, effective February 1, 2010, the address and contact information for John D. Cline, co-counsel for Frederic Bourke, Jr., will change to the following: Law Office of John D. Cline, 5A Funston Avenue, San Francisco, California 94129; Office Telephone (415) 747-8287; Facsimile (415) 524-8265; and Email Address cline@johndclinelaw.com.


Dated: January 29, 2010

By: ___/s/   John D. Cline___

Harold A. Haddon (HH-3929)
   (admitted *pro hac vice)*
Saskia A. Jordan (SJ-8927)
   (admitted *pro hac vice*)
HADDON MORGAN MUELLER
JORDAN MACKEY & FOREMAN P.C.
150 E. 10th Avenue
Denver, CO 80203
Tel: 303-831-7364
Fax: 303-832-3628

John D. Cline (JC-7132)
   (admitted *pro hac vice*)
K.C. Maxwell (KM-8102)
   (admitted *pro hac vice*)
JONES DAY LLP
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: 415-626-3939
Fax: 415-875-5700

J. David Reich (JR-8323)
Christopher J. Paolella (CP-3061)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: 212-294-6700
Fax: 212-294-4700